**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-7284**

———————

TIMOTHY J. MARTIN, SR.,

Plaintiff - Appellant,

versus

OFFICER GOODMAN, 2960; CORPORAL HAMILTON,
3154; OFFICER GRIFFITH, 2905,

Defendants - Appellees,

and

K-9 BRUTUS,

Defendant.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-99-3159-AW)

———————

Submitted:  February 22, 2001        Decided:  February 28, 2001

———————

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Timothy J. Martin, Sr., Appellant Pro Se.  Jeffrey Grant Cook, BAL-
TIMORE COUNTY OFFICE OF LAW, Towson, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Timothy J. Martin, Sr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and orders and find no reversible error.[*] Accordingly, we deny Martin's motion for appointment of counsel and affirm on the reasoning of the district court. <u>Martin v. Goodman</u>, No. CA-99-3159-AW (D. Md. Aug. 24, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] The district court entered its order granting summary judgment for Defendants prior to the expiration of the time Martin was given to file a reply to the Defendants' supplement to the motion. However, because Martin subsequently filed his response and the district court thoroughly reviewed it, any error was harmless. <u>See</u> Fed. R. Civ. P. 61.

2